Douglas HALL, Plaintiff–Appellant,

v.

James JOHNSON; Brian A. Bailey,
Defendants–Appellees,

and

James McNeil; Buckey Sprouse,
Defendants.

No. 11–7656.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 26, 2012.

Decided: April 30, 2012.

Douglas Hall, Appellant Pro Se. Rus-
sell W. Harter, Jr., Chapman, Harter &
Groves, PA, Greenville, South Carolina;
William Henry Davidson, II, Daniel C.
Plyler, Davidson & Lindemann, PA, Co-
lumbia, South Carolina, for Appellees.

Before GREGORY, AGEE, and WYNN,
Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Douglas Hall appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Hall v. Johnson,* No. 7:11–cv–00143–GRA, 2011 WL 5403347 (D.S.C. Nov. 8, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*